UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-129-HSM-SKL |
| | ) | |
| v. | ) | |
| | ) | |
| COREY WELCH | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the six-count
Second Superseding Indictment; (2) accept Defendant's plea of guilty to Counts One and Two of the
Second Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts
One and Two of the Second Superseding Indictment; and (4) find Defendant shall remain in custody
until sentencing in this matter [Doc. 507]. Neither party filed a timely objection to the report and
recommendation. After reviewing the record, the Court agrees with the magistrate judge's report
and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's
report and recommendation [Doc. 507] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts One and Two of the
Second Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One and Two of the Second Superseding
Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and
Two of the Second Superseding Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, May 19, 2014 at 2:00 p.m. [EASTERN]**

before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

_/s/Harry S. Mattice, Jr._
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

2